United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANCHITTHA BRANDT,

Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., et al.,

Defendants.

Case No. 26-cv-12046-CRB

**ORDER GRANTING LEAVE TO AMEND**

Plaintiff filed an amended complaint one day after the deadline to amend by right. Am. Compl. (dkt. 10); Fed. R. Civ. P. 15(a). Defendants filed a notice of non-opposition and asked this Court to grant their motion to dismiss because of the delay. Notice of Non-Opp'n (dkt. 13). Defendants also moved for this Court to strike the Amended Complaint as untimely. Mot. to Strike (dkt. 15). Plaintiff subsequently requested leave to amend their complaint. Mot. for Leave to File Am. Compl. (dkt. 16).

Rule 15(a) provides the standard for amended pleadings. Fed. R. Civ. P. 15. When the deadline to amend by right has passed, amendments can only be made with the opposing party's consent or the court's leave. Id. But courts should "freely give leave when justice so requires." Id. In the Ninth Circuit, that means the rule is interpreted with "extreme liberality." Jackson v. Bank of Hawaii, 902 F.2d 1385, 1387 (9th Cir. 1990) (quotation omitted). Only five factors can mediate against allowing amendment: (1) bad faith; (2) undue delay; (3) prejudice to the opposing party; (4) futility; and (5) previous amendments. Nunes v. Ashcroft, 375 F.3d 805, 808 (9th Cir. 2004).

The Court finds none of these factors present in the single-day filing delay at issue

here.

For the foregoing reasons, Court **GRANTS** Plaintiff's motion for leave to amend.

**IT IS SO ORDERED.**

Dated: November 24, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California